

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

February 27, 2014

Susan D. Reed
District Attorney, Bexar County
Paul Elizondo Tower 1
101 W. Nueva suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Michael Idrogo
317 West Rosewood Avenue
San Antonio, TX 78212

RE:    Court of Appeals Number:    04-13-00684-CV
        Trial Court Case Number:    2010-CI-21149
        Style:  Michael Idrogo
              v.
              Monica Gonzalez, Et al.

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Elizabeth Montoya
Deputy Clerk, Ext. 53857



# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2014

No. 04-13-00684-CV

Michael **IDROGO,**
Appellant

v.

Monica **GONZALEZ**, Et al.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-21149
Honorable Larry Noll, Judge Presiding

# O R D E R

On December 31, 2013, we dismissed Appellant Michael Idrogo's appeal for want of prosecution. On January 28, 2014, we denied Appellant's motion for rehearing. *See* TEX. R. APP. P. 49.1 (motion for rehearing).

On February 19, 2014, Appellant filed a Second Objection and Motion to Set Aside Order of December 31, 2013. We construe his motion as a further motion for rehearing. *See id.* R. 49.5. This court may consider a further motion for rehearing if, in response to our decision on Appellant's motion for rehearing, we modified our opinion or judgment, *see id.*; we did not.

Appellant's further motion for rehearing was not timely filed and is DENIED.

It is so **ORDERED** on February 27, 2014.

PER CURUIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court